IT IS SO ORDERED.

/s *David A. Ruiz*

U.S. District Judge

6/18/2025

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **DAYTONA TECH REPAIR, LLC, et al.,** | § | **CASE NO. 1:22-CV-01093-DAR** |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | **JUDGE DAVID A. RUIZ** |
| | § | |
| **MMI-CPR, LLC, et al.** | § | |
| | § | |
| **Defendants** | § | |
| | § | |
| | § | |

### Notice of Dismissal with Prejudice

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiffs hereby dismiss all claims in the above-captioned action with prejudice pursuant to the parties' settlement. Each party shall bear its own costs, expenses, and attorneys' fees.

Dated: June 17, 2025

Respectfully submitted,

*/s/ Paul J. Schumacher* _____
PAUL J. SCHUMACHER
DICKIE, McCAMEY & CHILCOTE, P.C.
600 Superior Avenue East
Fifth Third Center, Suite 2330
Cleveland, Ohio 44114
Telephone: (216) 685-1827
Facsimile: (888) 811-7144
Email: pschumacher@dmclaw.com

DAN KLEIN (*pro hac vice*)
JOHNSTON CLEM GIFFORD PLLC
1717 Main Street, Suite 3000
Dallas, Texas 75201
Telephone: (972) 474-1723
Email: dklein@johnstonclem.com

*Attorneys for Plaintiffs*
*Daytona Tech Repair LLC and*

**NOTICE OF DISMISSAL WITH PREJUDICE**